## UNITED STATES of America, Plaintiff–Appellee,

v.

## James Nathaniel PLATER, Defendant–Appellant.

### No. 05–15385
### Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 1, 2006.

E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Gwendolyn L. Spivey, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, Thomas Edward Miller, Federal Public Defender, Gainesville, FL, for Defendant–Appellant.

Before CARNES, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for James Nathaniel Plater in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Plater's supervised release and resulting sentence are **AFFIRMED**.